IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br>　　　　Defendant. | Civil Action No. 3:22cv792 (RCY) |

**ORDER**

It appears to the Court that service has not been completed as to Defendant Costco Wholesale Corporation within 90 days of the filing of the Complaint. Accordingly, it is hereby ORDERED that within twenty (20) days, Plaintiff SHOW CAUSE, if any, why this civil action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Roderick C. Young
　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Date: March 21, 2023