AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY<br>as subrogee of Leonard adn Kathleen Lane 175<br>Berkely Street<br>Boston, MA 02116<br><br>*Plaintiff(s)*<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION 999 Lake Drive<br>Issaquah, WA 98027<br><br>*Defendant(s)* | Civil Action No. 3:22cv00792 |

## REISSUED
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COSTCO WHOLESALE CORPORATION
c/o Registered Agent, C T Corporation System
4701 Cox Rd., Ste. 285
Glen Allen, VA 23060-6808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)     or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)     you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James L. Chapman, Esquire
Alexander R. McDaniel, Esquire
150 W. Main St., Ste. 1923
Norfolk, VA 23510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo,
CLERK OF COURT

Signature of Clerk or Deputy Clerk

Date: December 20, 2022

# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush       Teresa Brown       Julie Parrish

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 25th day of March, 2021.

_____
Notary Public

[Notary Seal: DORINDA NESBITT SLAUGHTER, NOTARY PUBLIC, REG # 7529659, MY COMMISSION EXPIRES 4/30/2024, COMMONWEALTH OF VIRGINIA]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22cv00792

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Costco Wholesale__
was received by me on *(date)* __12-20-22__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Katie Bush__, who is designated by law to accept service of process on behalf of *(name of organization)* __CT CORP System__
on *(date)* __12-28-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __12-30-22__

_____
Server's signature

__Michael McWhorter, Server__
Printed name and title

__4 Norman Dr Poquoson, VA. 23662__
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA

STATE/COMMONWEALTH OF: VA

501326 - 1

AMERICAN ECONOMY INSURANCE COMPANY

} }
} }
} }

CASE NO:

**3:22CV00792**

In re / v.

COSTCO WHOLESALE CORPORATION

PERSON FOUND IN CHARGE COSTCO WHOLESALE CORPORATION

CT CORPORATION SYSTEM

4701 COX RD, STE 285, GLEN ALLEN, VA 23060

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: COMPLAINT

REISSUED SUMMONS IN A CIVIL ACTION

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 12/28/2022 @ 2:08 PM

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:
**KATIE BUSH**

Dated: 12/29/2022    Signature

Name: MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
MICHAEL L McWHORTER
who is personally known to me.

Date: 12/29/2022

My commission expires  11/30/2023

Signature of Notary Public:    CARRIE I SESMA, REG # 7160997

CARRIE I SESMA, REG # 7160997
Notary Public
Commonwealth of Virginia
My Commission Expires: 11/30/2023

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

ARMOND JOYNER

501326 - 1