IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY as subrogee of of Leonard and Kathleen Lane<br><br>   Plaintiff,<br><br> v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No: 3:22-cv-00792-RCY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiff, American Economy Insurance Company, by its undersigned counsel hereby stipulates that the above matter shall be dismissed with prejudice as the matter has settled.

Dated: March 23, 2023    AMERICAN ECONOMY INSURANCE COMPANY
            as Subrogee of Leonard and Kathleen Lane


            By: */s/ Alexander R. McDaniel*
              Of Counsel

            James L. Chapman, IV, VSB No. 21983
            Alexander R. McDaniel, VSB No. 92398
            CRENSHAW, WARE & MARTIN, P.L.C.
            150 West Main Street, Suite 1500
            Norfolk, Virginia 23510
            Telephone:  (757) 623-3000
            Facsimile:  (757) 623-5735
            jchapman@cwm-law.com
            amcdaniel@cwm-law.com

            William N. Clark, Jr., Esquire (*pro hac vice*)
            COZEN O'CONNOR
            One Liberty Place
            1650 Market Street, Suite 2800

        Philadelphia, PA 19103
        Phone: (215) 665-2729
        Fax:    (215) 701-2429
        mopalisky@cozen.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I certify notice has been sent to Defendant Costco Wholesale Corporation, having not appeared in this matter, via First Class mail at the following address:

    Costco Wholesale Corporation
    c/o Registered Agent, CT Corporation System
    4701 Cox Rd., Ste. 285
    Glen Allen, VA 23060-6808

      */s/ Alexander R. McDaniel*
    James L. Chapman, IV, VSB No. 21983
    Alexander R. McDaniel, VSB No. 92398
    CRENSHAW, WARE & MARTIN, P.L.C.
    150 West Main Street, Suite 1500
    Norfolk, Virginia 23510
    Telephone: (757) 623-3000
    Facsimile: (757) 623-5735
    jchapman@cwm-law.com
    amcdaniel@cwm-law.com